UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00090 |
| ) | JUDGE SHARP |
| WENDY CRUZ [2] ) | |
| ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 375).

The motion is GRANTED and the change of plea hearing is hereby scheduled for Thursday, June 19, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE